APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 08 2008

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: David Lakin
(Please print)

STREET ADDRESS: 1212 South Naper Blvd, Suite 119 Box 104

CITY/STATE/ZIP: Naperville, IL 60540

PHONE NUMBER: 630-853-4668

CASE NUMBER: 08CV842
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

Signature

Date: 2-8-08