IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LAKIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0842 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Ashman |
| GARY SKALETSKY, MD, LIBERTY MUTUAL INSURANCE COMPANY and SERVISAIR, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   David Lakin
      1212 South Naper Boulevard, Suite 119
      Box 104
      Naperville, Illinois 60540

PLEASE TAKE NOTICE that on Thursday, April 10, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Servisair LLC shall appear at the previously scheduled status hearing before the Honorable Judge Darrah, or any judge sitting in his stead, in Room 1203 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Servisair's Rule 12(b)(6) Motion to Dismiss, a copy of which is herewith served upon you.

Dated: April 8, 2008                                SERVISAIR LLC


                                        By:   s/Donald J. McNeil
                                              One of Its Attorneys

Donald J. McNeil, #06193106
Jeremy B. Lewin #6269242
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (FAX)
458803v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion was served upon:

>David Lakin
>1212 South Naper Boulevard, Suite 119
>Box 104
>Naperville, Illinois 60540

by depositing same with FedEx on this 8th day of April 2008, for delivery via FedEx Standard Overnight.

*s/ Donald J. McNeil*