**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID LAKIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0842 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Ashman |
| GARY SKALETSKY, MD, LIBERTY | ) | |
| MUTUAL INSURANCE COMPANY and | ) | |
| SERVISAIR, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2</u>

Defendant Servisair LLC ("Servisair"), by its attorneys, pursuant to Rule 3.2 of the

Local Rules of the United States District Court for the Northern District of Illinois, makes the

following Disclosure Statement:

Derichebourg SA is a "publicly held affiliate" of Servisair within the meaning of

Rule 3.2.

DATED:  April 8, 2008                                SERVISAIR LLC


By:     _s/Donald J. McNeil_____
            One of Its Attorneys


Donald J. McNeil, #6193106
Jeremy B. Lewin, #6269242
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (FAX)

458712v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing

Notice of Affiliates Pursuant to Local 3.2 was served upon:

> David Lakin
> 1212 South Naper Boulevard, Suite 119
> Box 104
> Naperville, Illinois 60540

by depositing same with FedEx on this 8th day of April 2008 for delivery via FedEx Standard

Overnight.

*s/ Donald J. McNeil*

458712v1

2