# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 842 | **DATE** | 7/9/08 |
| **CASE TITLE** | Lakin v. Skaletsky, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 7/16/08 is stricken. The Court will rule by mail on Defendant's motion to dismiss [9].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|